In The United State District Court

For the Eastern District of Virginia Division

Alexandria Division

FILED

2015 JAN 27 P 4: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Plaintiff's Name 1.   Abdur Minhas

Address   Po .Box 204 Annandale VA 22003

Phone Number 703- 896 2420

V.

Civil Action Number: 1:15- CV-109 (LMB/TCB)

Defendant's Name:  1.  Debra Ferguson (Commissioner DBHDS)

Address:  1220 Bank St Richmond VA 23219

Phone Number:  804- 7863921

2.  James Newton Director (NVMHI)

Address:  3320 Gallows RD Falls Church Va  22042

Phone: 703-2077111

3.  Dr.Maia McKinney

Phone: 202-7222300

Address:  National Center for Children

6200  2nd st. NW Washington DC 20011

4. Dr Kerrey  Shrewsbury

Address: 3320 Gallows RD Falls Church Va  22042

Phone: 703-2077100

5. Ms. Amy Ruston   Administer (NVMHI)

Address: 3320 Gallows RD Falls Church Va  22042

Phone: 703-2077100

Address: 3320 Gallows RD Falls Church Va  22042

Phone: 703-2077100

6. James W Stewart  3rd

(1)

In The United State District Court

For the Eastern District of Virginia Division

Alexandria Division

Address: 1220 Bank St Richmond VA 23219

COMPLAINT

1. **Ground for jurisdiction:** NVMHI is a Virginia State facility. And we are filing this case under all of these section 42USC2652 and USC 2652 and USC -1983 Sections 0f Virginia court 8.01-581 and 18.2-369 and 8.01-249.3and 37.2-400 and 8.01-243A and 32.1-127.1:03 and 18.2-103 and 18.2-137 and 18usc872 and federal court 18usc875 and 18usc872 and 42usc1320and 42usc 2651.

2. **Cause Of Action:** In response to a letter requesting relief to the commissioner DBHDS copy to director NVMHI on 12-10-2014 and in reference to letter by (Commissioner DBHDS)  send to my attorney Mr. John Irving in Dec 2014, I was given no relief by Commissioner and I  have serious grievance  in connection to  the violation of Virginia code 8.01-2 49.3  regarding malicious precaution. Rather than apologizing and accommodating his office wants to  punish me very seriously, with an additional escape risk, though Prince William court did not charged me for an escape charge

## Fact of the Case

During my time at NVMHI I was fully cooperative with my treatment team and I will continue to do so in the future.

While at NVMHI I had to make a number of complaints against some of the staff of NVMHI including Ms. Violet Taylor. My complaints are on the record. Some of my complaints were never resolved. All of my complaints were in regards to legitimate and serious concerns. Ms Violet Taylor was discriminated to me by stating Muslim people don't treat the woman in the right way and she will create trouble for me. The director of NVMHI and administrator Ms Amy Ruston violated Virginia code 54.1-2915. By not resolving the complaint  I stayed additional 6 month in hospital because Ms Violet Taylor lied on me for my treatment.

I do have a serious grievance regarding an operation that was conducted under the supervision of Dr. Maia McKinney and administrator in February 2013, which led to my expulsion from NVMHI,



In The United State District Court

For the Eastern District of Virginia Division

Alexandria Division

INTRUPTION of treatment and discontinuation of NGRI gradual release program. They searched my room many times in a very short period of time and seized and held all of my important personal papers from my room without consent and never returned these papers. (Virginia code 18.2-103 and 18.2-137 and 37.2-100 federal code 18USC 872 AND 18USC 875). And 42USC1983 In the first week of February 2013 Dr. Maia McKinney told me that NVMHI is planning to bring 150 felonies against me (va code 8.01-249.3) and later also Officer Rosemary Goner of the state police informed me that NVHMI was planning to bring 150 felony charges against me and I might never be released into the community, living the remainder of my life incarcerate or in mental hospital and I will die in this situation.

I have the following grievances regarding the neglect abuse of power and medical malpractice originated by this operation:

1. In violation of HIPPA Privacy law Dr. Maia McKinney libeled my character with regards to the other patients by portraying me as a bad criminal man of immortal character. Violation Virginia code 32.1-127.1: 02 and HIPPA privacy laws.

2. Dr. McKinney and others asked most of the patients to file criminal charges against me. Patients filed six false felony charges but the majority refused to file charges. I have an ex patient as a witness who refused to file charges, when Dr. McKinney asked him to do so.

3. NVHMI never made an advance risk assessment before or during this operation for my psychological issues and trauma could be triggered because of this operation. In violation of Virginia code 8.01-581 and 18.2-369.

4. There was no investigation Initiated locally by the hospital before the state police was involved violation 54.1-2915

5. NVMHI never separated or isolated me from the general population for the sake of my physical safety and security, while they witnessed that patients started getting angry and aggressive towards me. Violation Virginia code 8.01-581 and 18.2-369 and 73.2-400.

6. I was subjected to verbal abuse physical aggression from aggressive patients, because the bad words spread by McKinney, Amy Ruston and Dr.Shrewbury.

7. During my last day at NVMHI a patient attempted to physically heart me.

8. I was incarcerated in jail for most of this before returning to CSH after a long legal fight and have the charges dismissed that were filed against me.

9. All of the false charges were dismissed in court after a proactive, expensive and unnecessary legal fight, which also resulted in my expulsion from the NGRI. Gradual Release process program, as well lost of my job and waste of many years of my time.



In The United State District Court

For the Eastern District of Virginia Division

Alexandria Division

10  Some of the patients who filed charges later reveled that they were incompetent and they only filed false charges under pressure by Dr. McKinney and others. Violation (8.01-581 and 8.01-581 and 32.1-127.1 and Federal court 18USC-872 and 18USC875)

11  Dr. Maia McKinney called my wife many times to harass her that she will put her jail, because of me. Violation code 37.1-230 and others.

Plaintiff claim further negelence by hospital causing him irreparable damages by losing the property seized included ids, passport, important banking papers, profession degrees, of pharmacy, professional licenses of constriction and carpentry and business, intellectual property such as books manuscripts, poetry ,song lyrics and personal contacts and other important  papers. Wages lost by losing the jobs and attorney fees new mental stress and diseases like PTSD and emotional family and social stresses caused by this incident.

## Request for a Relief from the Court:

1.  I need immediate discharge from the hospital

2.  As a first part, a Claim of 5million dollar should be paid to compensate the current damages immediately and 2nd claim should be paid at the end of the treatment to cover-up any additional damages due to this extortion, negelence and medical malpractice. Federal Law 42USCS-2651 and 42USCS2652 and VA Code 8.01-581.15 and 8.01-581.20 and 8.01-243A.

In Dec 2014 and Jan 2015 the commissioner DBHDS denied my request for any relief. And Commissioner Letter of denial is a proof

Signature:

*Abdur-R-Minhas*

Abdur R Minhas (519584)

Address:  PO.BOX. 204 Andale va 22003

Phone:  703-896-2420

Date:



In The United State District Court

For the Eastern District of Virginia Division

Alexandria Division



5